**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES V. FARNSWORTH,<br><br>            Plaintiff,<br><br>     vs.<br><br>BUREAU OF PRISONS,<br><br>            Defendants. | CASE NO. CV 08-05122 GAF (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: March 10, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE